IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT SHARP, on behalf of himself and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.: ) |
| TECHNICOLOR USA, INC., and PROLOGISTICS, LLC. | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

Defendant Technicolor Videocassette of Michigan, Inc. (incorrectly identified by Plaintiff in his Second Amended Complaint as "Technicolor USA, Inc.") (hereinafter "Technicolor" or "Defendant") hereby removes this action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 on the grounds that this Court has jurisdiction of the action pursuant to 28 U.S.C. § 1331. This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* § 28 U.S.C. 1446(a). In support hereof, Defendant states as follows:

1. On March 15, 2018, Plaintiff Robert Sharp (hereinafter "Plaintiff") filed a Complaint, styled *Robert Sharp, on behalf of himself and on behalf of all others similarly situated v. Technicolor USA, Inc. and Manpower US, Inc.,* Case No. 18C661, in the Circuit Court of Davidson County, Tennessee.

2. 2. On March 19, 2018, Defendant was served with the aforementioned Complaint, as well as a Summons. Plaintiff has also filed a First Amended Complaint and

Second Amended Complaint in this matter. The Second Amended Complaint identifies the defendants as Technicolor USA, Inc. and ProLogistics, LLC.

A copy of the Complaint, First Amended Complaint, Second Amended Complaint and Summons are being filed contemporaneously herewith as Collective Exhibit A, which comprises the entire State Court record. The Complaint(s) and Summons were the only documents served upon Defendant setting forth the claim for relief upon which Plaintiff's action is based.

3. Plaintiff's Complaint is a civil action alleging violations of the Fair Credit Reporting Act of 1970, 15 U.S.C. § 1681 *et seq.* ("FCRA"). (*See* Plaintiff's Complaint). The same allegations are contained in the Second Amended Complaint. (*See* Plaintiff's Second Amended Complaint).

4. This case is removable on the basis of federal question pursuant to 28 U.S.C. § 1331, as a result of Plaintiff's FCRA claim.

5. Defendant's Notice of Removal has been filed within 30 days after the initial receipt by Defendant of a copy of Plaintiff's Complaint in accordance with 28 U.S.C. § 1446(b).

6. Removal to this Court is proper pursuant to 28 U.S.C. § 1446(a) because it is in the district and division embracing the place where the state court action is pending.

7. The district court has supplemental jurisdiction over Plaintiff's remaining claims, if any, pursuant to 28 U.S.C. § 1367.

8. A copy of this Notice of Removal, as well as the attached Notice of Filing Notice of Removal, attached hereto as Exhibit B, have been mailed to counsel for Plaintiff and co-Defendant ProLogistics, LLC, and are being filed with the Clerk of the Circuit Court of Davidson County, Tennessee in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendant removes this action to the United States District Court for the Middle District of Tennessee.

                                                Respectfully submitted,

                                                s/ Pamela R. Irons
                                                Craig A. Cowart (TN Bar No. 017316)
                                                Pamela R. Irons (TN Bar No. 023707)
                                                JACKSON LEWIS P.C.
                                                999 Shady Grove Road, Suite 110
                                                Memphis, TN 38120
                                                Telephone: (901) 462-2600
                                                Facsimile: (901) 462-2626
                                                Email: craig.cowart@jacksonlewis.com
                                                               pamela.irons@jacksonlewis.com

                                                ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2018, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL** via U.S. Mail, postage prepaid on the following:

                        Brian Winfrey (TN Bar No. 02576)
                        MORGAN & MORGAN
                        810 Broadway, Suite 105
                        Nashville, TN 37203
                        Telephone: (615) 601-1276
                        Email: bwinfrey@forthepeople.com

                        *Attorney for Plaintiff*

                        Scott W. McGiness Jr.
                        ProLogistics, LLC
                        832 Georgia Ave., Suite 1200
                        Chattanooga, TN 37402

                                                s/ Pamela R. Irons

4840-9103-2672, v. 1